UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GREGORY KEITH COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00518-JRS-MG |
| | ) |
| WEBB Correction Officer, | ) |
| FAGORAGE Correction Officer, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court has ordered that this case be **dismissed without prejudice as duplicative** of *Cox v. Webb, et al.*, No. 2:23-cv-00500-MPB-MKK. The Court now enters **final judgment**.

Date: 11/16/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

GREGORY KEITH COX
103230
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135